ANTONIO D'AMBROSIO, Respondent, v. GREAT AMERICAN INSURANCE COMPANY, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JAMES C. SULLIVAN, Respondent, v. HARRY SCHWARTZ and Others, Defendants. HARRY N. BROWN, Appellant.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Estate of CHARLES MORATH, Deceased.— Appeal dismissed unless appellant shall file and serve printed papers by October thirtieth. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOSEPH SCHUM, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Appeal dismissed unless appellant shall be ready for argument at the opening of the November term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ROSE A. SCHUM, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Appeal dismissed unless appellant shall be ready for argument at the opening of the November term. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

NEW YORK CENTRAL RAILROAD COMPANY, Appellant, v. JOHN BERNT and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THEODORE KRUG, Appellant, v. G. ELIAS & BROTHER, INCORPORATED, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

HARRIET J. BALL, Respondent, v. CLARA QUIRK, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and briefs by October fifteenth. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

LEONORA BERNARDO, Respondent, v. GLOBE INDEMNITY COMPANY, Appellant. — Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

MARY ZIEMANN, Appellant, v. BURNELL R. MILLER and Another, Respondents. — Appeal from order denying motion for new trial on ground of newly-discovered evidence dismissed, without costs, for the reason that the reversal of the judgment [*ante*, p. 819] renders consideration of this appeal unnecessary. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

JOHN F. ZIEMANN, Appellant, v. BURNELL R. MILLER and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

SELAH E. NORTHWAY, Appellant, v. BLANCHE HALL, Respondent.— Judgment affirmed, with costs. All concur. Present — Clark, Davis, Crouch and Taylor, JJ.

JAMES ROTIGLIANI, Respondent, v. JOHN DICENZO, Appellant.— Judgment affirmed, with costs. All concur. Present — Clark, Davis, Sears, Crouch and Taylor, JJ.

NEW YORK CENTRAL RAILROAD COMPANY, Appellant, v. TEOFIL J. MARUSZEWSKI and Others, Respondents.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CHARLES A. WHITE, as Public Administrator, etc., of JAMES D. SALOURDOS, Deceased, Respondent, v. CHARLES PAPPAS, Appellant.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.